___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM GREENFIELD,<br><br>    Defendant. | 2:12-CR-104-KJD (RJJ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 23, 2012, defendant WILLIAM GREENFIELD pled guilty to Count One of a Two-Count Criminal Indictment charging him with Transporting Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and (b). Indictment, ECF No. 9.

This Court finds defendant WILLIAM GREENFIELD agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Amended Bill of Particulars. Indictment, ECF No. 9; Amended Bill of Particulars, ECF No. 16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Amended Bill of Particulars and the offense to which defendant WILLIAM GREENFIELD pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

. . .

|     |     |                                                                                  |
| --- | --- | -------------------------------------------------------------------------------- |
| 1   | a.  | a Toshiba Laptop, Serial #XB341851Q;                                             |
| 2   | b.  | 256 MB SimpleTech thumb drive;                                                   |
| 3   | c.  | 1 CD-R;                                                                          |
| 4   | d.  | Dell Model 530s Desktop Computer, Serial Number G1FSJG1;                         |
| 5   | e.  | HP Model 110-3731CL Netbook Computer, Serial Number 5CB1202PTR;                  |
| 6   | f.  | HP Model HPG61 Laptop Computer, Serial Number CNF008B5Y5;                        |
| 7   | g.  | Silver Memorex 256 MB USB Traveldrive labeled number 3;                          |
| 8   | h.  | Toshiba 4 GB USB Thumbdrive labeled number 1;                                    |
| 9   | i.  | SanDisk Cruzer 2 GB USB Thumbdrive labeled number 3;                             |
| 10  | j.  | HP 16 GB Thumbdrive, no serial number;                                           |
| 11  | k.  | Two floppy disks labeled numbers 2 and 3;                                        |
| 12  | l.  | Floppy disk labeled number 1; and                                                |
| 13  | m.  | any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense ("property"). |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of WILLIAM GREENFIELD in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
2 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
3 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
4 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
5 the name and contact information for the government attorney to be served with the petition,
6 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
8 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
10 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
11 following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Daniel D. HOLLINGSWORTH
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
17 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
18 following publication of notice of seizure and intent to administratively forfeit the above-described
19 property.

20   DATED this 23rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE