___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM GREENFIELD, ) <br> ) <br> Defendant. ) | 2:12-CR-104-KJD-(RJJ) |

## FINAL ORDER OF FORFEITURE

On May 23, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant WILLIAM GREENFIELD to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant WILLIAM GREENFIELD pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars for Forfeiture of Property, ECF No. 16; Plea Memorandum, ECF No. 19; Minutes of Change of Plea Proceedings, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 18.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 26, 2012, through June 24, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 21.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3) and shall be disposed of according to law:

    a.    a Toshiba Laptop, Serial #XB341851Q;

    b.    256 MB SimpleTech thumb drive;

    c.    1 CD-R;

    d.    Dell Model 530s Desktop Computer, Serial Number G1FSJG1;

    e.    HP Model 110-3731CL Netbook Computer, Serial Number 5CB1202PTR;

    f.    HP Model HPG61 Laptop Computer, Serial Number CNF008B5Y5;

    g.    Silver Memorex 256 MB USB Traveldrive labeled number 3;

    h.    Toshiba 4 GB USB Thumbdrive labeled number 1;

    i.    SanDisk Cruzer 2 GB USB Thumbdrive labeled number 3;

    j.    HP 16 GB Thumbdrive, no serial number;

    k.    Two floppy disks labeled numbers 2 and 3;

    l.    Floppy disk labeled number 1; and

    m.    any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 22nd day of Aug, 2012.

_____
UNITED STATES DISTRICT JUDGE